# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Tier-One Quality Solutions ) ASBCA No. 61190
)
Under Contract No. M00681-15-P-0032 )

APPEARANCE FOR THE APPELLANT: Mr. Dennis Kelly
Vice President

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
John W. Torresala, Esq.
Erin L. Hernandez, Esq.
Maj Russell R. Henry, USMC
Associate Counsel
Western Area Counsel Office
Camp Pendleton, CA

## ORDER OF DISMISSAL

By correspondence dated 17 June 2017, appellant asked that this appeal be withdrawn and stated that it intended to submit a claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 10 July 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 28 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61190, Appeal of Tier-One Quality Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals